# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marco Antonio Cruz,

   Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.              3:07cv327

John doe, et al,

   Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2007 Order.


          Signed: August 14, 2007

          Frank G. Johns, Clerk
          United States District Court